## J. D. MESSER v. THE STATE.

### No. 3140. Decided May 20, 1914.

**Local Option—Misdemeanor—Statement of Facts.**

In the absence of an order allowing twenty days after adjournment for the filing of the statement of facts and bills of exception in a misdemeanor case, these papers having been filed after adjournment will not be considered on appeal.

Appeal from the County Court of Kleberg. Tried below before the Hon. Ben F. Wilson.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $25 and twenty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

C. E. Lane, Assistant Attorney General, for the State.—Sandoval v. State, 72 Texas Crim. Rep., 368.

DAVIDSON, JUDGE.—Appellant was convicted of violating the local option law.

Court adjourned on 21st of February. The statement of facts and bills of exception were not filed until the 12th of March. The record does not contain an order authorizing the filing of the facts and the bills after the adjournment of the term. This being a misdemeanor, it was

necessary, and without the order allowing the twenty days after adjournment of the term these matters can not be considered. The record being in this condition, none of the matters set forth for revision can be considered.

The judgment is affirmed.

*Affirmed.*